# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION
### CASE NO. 5:22-CV-00053-FDW

| | | |
|---|---|---|
| **TAMMY KLUGH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **KILOLO KIJAKAZI,** | ) | |
| **Acting Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access for Justice Act, filed on August 1, 2023, (Doc. No. 15), and the parties' Joint Stipulation to an Award of Attorney Fees Under EAJA, filed on August 29, 2023, (Doc. No. 19). Plaintiff's Motion for Attorney Fees, (Doc. No. 15), is **GRANTED AS MODIFIED** by the parties' Stipulation, (Doc. No. 20).

**IT IS THEREFORE ORDERED** that, upon stipulation of the parties, (Doc. No. 19), Defendant will pay Plaintiff $9,022.59 ($9,000 in attorney fees plus $22.59 in expenses) in fees in full satisfaction of all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, George C. Piemonte, and mailed to 4601 Charlotte Park Drive, Suite 390, PO Box 669468, Charlotte, North Carolina, 28266, in accordance with Plaintiff's assignment to her attorney of her right to payment of attorney's fees under the Equal Access to Justice Act.

**IT IS FURTHER ORDERED** that Plaintiff shall be paid $402.00 in costs from the Judgment Fund by the U.S. Department of Treasury pursuant to 28 U.S.C. § 2412(a)(1).

1

**IT IS SO ORDERED.**

Signed: August 30, 2023

Frank D. Whitney
United States District Judge

2